[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 26, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-14478
Non-Argument Calendar

_____

D. C. Docket No. 05-00230-CV-WS-B

COCA-COLA BOTTLING CO., CONSOLIDATED, Inc.

Plaintiff-Appellant,

versus

INTERNATIONAL BROTHERHOOD OF TEAMSTERS,
CHAUFFEURS,
WAREHOUSEMAN & HELPERS LOCAL 991,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(December 26, 2006)**

Before BIRCH, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

In view of this Court's ruling in a companion case, <u>Coca-Cola Bottling Co.,</u> <u>Consolidated v. International Brotherhood of Teamsters, Chauffeurs,</u> <u>Warehouseman & Helpers Local 991</u>, No. 06-11338 (11th Cir. Dec. 13, 2006), wherein the merits involved in this case were considered, we VACATE the judgment of the District Court, and REMAND this case (involving only the issue of attorneys fees) to the District Court for reconsideration in light of our decision in No. 06-11338.

VACATED and REMANDED.